1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11

JOSEPH T. REDAL,                                    CASE NO. 3:23-cv-05782-DGE

                        Plaintiff,                         ORDER TO SHOW CAUSE

12

            v.

13

ADAM MERRITT et al.,

14

                        Defendants.

15

16          This matter comes before the Court on its own motion.  The deadline for the parties in

17   this case to submit a joint status report was May 13, 2024.  The parties failed to file a joint status

18   report by this deadline.  A scheduling conference in this case was set for May 17, 2024.  The

19   parties did not contact the Court to re-schedule the conference.

20          Accordingly, Plaintiff is ORDERED to show cause within 10 days as to why this case

21   should not be dismissed for failure to prosecute and failure to file the joint status report.  In the

22   alternative, Plaintiff SHALL work with defense counsel to file the parties' joint status report

23   within 10 days.

24

ORDER TO SHOW CAUSE - 1

1          Dated this 20th day of May, 2024.

2

3

David G. Estudillo
United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER TO SHOW CAUSE - 2